IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00148-WYD-CBS

SHARON V. VANZANDT,

     Plaintiff,

v.

THE PEPSI BOTTLING GROUP,

     Defendant.

---

## MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

     IT IS HEREBY ORDERED that the Joint Motion for Entry of Stipulated Protective Order (filed April 25, 2006; *doc. no. 6*) is **GRANTED**.

     In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2  parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**     May 1, 2006