IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00148-WYD-CBS

SHARON V. VANZANDT,

    Plaintiff(s),

v.

THE PEPSI BOTTLING GROUP,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Clarification of Minute Order # 37 [# 38], filed July 13, 2007, is **GRANTED.**  Plaintiff shall file its response to Defendant's Motion in Limine by **Tuesday, July 24, 2007.**

    Dated:  July 17, 2007