UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00148

SHARON V. VANZANDT,

    Plaintiff,

v.

THE PEPSI BOTTLING GROUP,

    Defendant.

_____

**ORDER**
_____

THIS MATTER came before the Court for a Final Trial Preparation Conference on August 10, 2007. After carefully reviewing the pleadings and considering the arguments presented by both parties at the hearing, I order the following based upon the reasons stated on the record:

IT IS ORDERED that the parties shall meet and confer and file a joint statement indicating the prospects of settlement no later than **August 16, 2007.** It is

FURTHER ORDERED that the Defendant may file a trial brief no later than **August 23, 2007.** Further, the Plaintiff shall file its response by **September 4, 2007.** It is

FURTHER ORDERED that I will decide the issue of back pay. It is

FURTHER ORDERED that each side shall have 20 minutes to complete its

opening statement to the jury.  It is

FURTHER ORDERED that Defendant's Motion in Limine to Preclude Testimony From Other Employees (docket #34) is **TAKEN UNDER ADVISEMENT.**  The Plaintiff shall not make any mention of witnesses Steve Phillips or Gayle Six during the opening statements.  I will hear evidence from these witnesses outside the presence of the jury, and will make a final decision during the trial if these witnesses will be allowed to testify.  It is

FURTHER ORDERED that the parties shall comply with all other deadlines and directives mandated by me at the Final Trial Preparation Conference.

Dated:  August 10, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge