**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

Courtroom Deputy:   Robert R. Keech          Date:   August 10, 2007
E.C.R./Reporter:        Kara Spitler

_____

Civil Action No: **06-cv-00148-WYD-CBS**          Counsel:

**SHARON VANZANDT**,                              James A. Carleo

                   Plaintiff,

v.

**THE PEPSI BOTTLING COMPANY**,          Heather Fox Vickles
                                          Hillary K. Von Rohr

                   Defendant.

_____

**COURTROOM MINUTES**
_____

**FINAL TRIAL PREPARATION CONFERENCE**

**10:28 a.m.**      Court in Session

                   APPEARANCES OF COUNSEL.

                   Court's opening remarks.

10:28 a.m.      Discussion regarding whether the case is likely to settle.

**ORDERED:**      Counsel shall file an advisement with the Court, updating the parties' settlement
                   discussions, not later than **Thursday, August 16, 2007.**

10:31 a.m.      Discussion regarding whether back-pay issue will be determined by jury the
                   Court.

**ORDERED:**      Court will determine back-pay issue.

10:34 a.m.      Discussion regarding witnesses who are former employees of the defendant.

Judge Wiley Y. Daniel
06-cv-00148-WYD-CBS - Courtroom Minutes

**ORDERED:**    Defendant's Motion in Limine to Preclude Testimony from Other Employees (#34 - 6/26/07) is **DEFERRED.**

**ORDERED:**    Defendant's Motion in Limine to Preclude Testimony from Other Employees (#58 - 8/8/07) is **DEFERRED.**

**ORDERED:**    Mr. Carleo shall not mention former employees Steve Phillips and Gayle Six in opening statements.

10:41 a.m.    Discussion regarding jury instructions, trial lasting approximately four days, the Court's trial procedures, and time limits for opening statements.

**ORDERED:**    Opening statements shall not exceed **twenty (20) minutes per side.**

**ORDERED:**    Defendant shall file trial brief not later than **Thursday, August 23, 2007.**

**ORDERED:**    Plaintiff shall file trial brief not later than **Tuesday, September 4, 2007.**

**10:47 a.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 0:19**